IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HALIM HANNA,

    Plaintiff,

v.                                            CASE NO. 4:11cv291-RH/WCS

DEPARTMENT OF EDUCATION,

    Defendant.

_____/

## ORDER ON REPORT AND RECOMMENDATION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 28. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant's motion to dismiss, ECF No. 16, is GRANTED IN PART and DENIED IN PART. The claim for discrimination based on national origin is dismissed for failure to exhaust administrative remedies. The motion to dismiss is denied in all other respects. I do not direct the entry of judgment under Federal

Rule of Civil Procedure 54(b).  The case is remanded to the magistrate judge for further proceedings.

      SO ORDERED on November 28, 2011.

                                    <u>s/Robert L. Hinkle</u>
                                    United States District Judge